# Order

Michigan Supreme Court
Lansing, Michigan

January 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131463(53)

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
        Plaintiff-Appellee,

v

CITY OF DETROIT,
        Defendant-Appellant.

_____

SC: 131463
COA: 266654
Wayne CC: 05-526691-CL

       On order of the Chief Justice, the motion by the City of Iron Mountain for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

_____
Clerk